## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JORGE L. VARGAS, JR.**, aka | : | Chapter 13 |
| **Jorge Luis Vargas, Jr.**, aka | : | Case No. 5:20-bk-03343-MJC |
| **Jorge Vargas, Jr.**, aka | : | |
| **Jorge Vargas**, aka | : | |
| **Jorge L. Vargas**, aka | : | |
| **Jorge Luis Vargas**, Debtor. | : | |
| | : | |
| **JORGE L. VARGAS, JR.**, | : | |
| Movant, | : | **Motion to Reinstate** |
| | : | |
| **Jack N Zaharopoulos (Trustee)** | : | |

## ORDER GRANTING
## MOTION TO REINSTATE

Upon consideration of the Debtor's Motion to Reinstate Case, Dkt. #54 ("Motion"), and after a hearing held on February 15, 2022, it is hereby **ORDERED** that Debtor's Motion is **GRANTED** and the case is reinstated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 15, 2022