United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                           Case No. 20-03343-MJC
Jorge L. Vargas, Jr.                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                   User: AutoDocke                   Page 1 of 3
Date Rcvd: Aug 10, 2022             Form ID: ordsmiss              Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jorge L. Vargas, Jr., 234 Coach Road, Tobyhanna, PA 18466-8204 |
| 5374743 | + | BERKHEIMER TAX ADMINISTRATION, 50 NORTH SEVENTH STREET, BANGOR, PA 18013-1795 |
| 5374744 | + | BRIDGECREST, PO BOX 52020, PHOENIX, AZ 85072-2020 |
| 5389991 | + | Berkheimer,for Coolbaugh twp/Pocono Mountain SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5374746 | | CHANDRA M ARKEMA ESQ, RICHARD SQUIRE & ASSOC, 1 JENKINTOWN ST STE 104 115 W AVE, JENKINTOWN, PA 19046 |
| 5374747 | + | CREDIT ACCEPTANCE, PO BOX 523, SOUTHFIELD, MI 48037-0523 |
| 5374748 | + | GEISINGER WYOMING VALLEY, PO BOX 827702, PHILADELPHIA, PA 19182-0001 |
| 5374750 | | JP MORGAN MTG ACQUISTION CORP, C/O RICHARD SQUIRE & ASSOC LLC, 1 JNKTWN ST 115 W AVE STE 104, JENKINTOWN, PA 19046 |
| 5374752 | | NCA, PO BOX 550327, HUTCHINSON, KS 67504-0550 |
| 5374753 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 5374754 | + | POCONO FARMS EAST ASSN, 3170 HAMLET DRIVE, TOBYHANNA, PA 18466-8234 |
| 5374759 | | WOODFOREST NATIONAL BANK, WALMART SUPERCENTER, 3271 PA-940, MOUNT POCONO, PA 18344 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 10 2022 18:38:59 | US Bank Trust National Association, Not In Its Ind, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5374741 | | Email/Text: bankruptcynotices@aarons.com | Aug 10 2022 18:41:00 | AARON'S INC, PO BOX 102746, ATLANTA, GA 30368-2746 |
| 5374742 | + | EDI: GMACFS.COM | Aug 10 2022 22:43:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5374745 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 10 2022 18:41:00 | BRIDGECREST (FORMERLY DRIVETIME), PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 5374749 | | Email/Text: bankruptcy@avadynehealth.com | Aug 10 2022 18:41:00 | H & R ACCOUNTS, 5320 22ND AVENUE, MOLINE, IL 61265 |
| 5377474 | + | Email/Text: bkenotice@rushmorelm.com | Aug 10 2022 18:41:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5374751 | + | Email/Text: BKRMailOPS@weltman.com | Aug 10 2022 18:41:00 | KAY JEWELERS, 375 GHENT ROAD, FAIRLAWN, OH 44333-4600 |
| 5375617 | + | EDI: PENNDEPTREV | Aug 10 2022 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5375617 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2022 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5374755 | + | Email/Text: bkenotice@rushmorelm.com | Aug 10 2022 18:41:00 | RUSHMORE LOAN MANAGEMENT |

| | | | | |
|---|---|---|---|---|
| | | | | SERVICES,, 15480 LAGUNA CANYON ROAD, SUITE 100, IRVINE, CA 92618-2132 |
| 5374756 | | Email/Text: bkenotice@rushmorelm.com | Aug 10 2022 18:41:00 | RUSHMORE LOAN MGMT SVC, CUSTOMER SERVICE DEPT, PO BOX 55004, IRVINE, CA 92619-5004 |
| 5374757 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 10 2022 18:41:00 | TRANSWORLD SYSTEMS INC, PO BOX 15520, WILMINGTON, DE 19850-5520 |
| 5408189 | ^ | MEBN | Aug 10 2022 18:39:02 | US Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, US Bank Trust National Association, Fay Servicing, LLC 75381-4609 |
| 5408188 | ^ | MEBN | Aug 10 2022 18:39:01 | US Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5374758 | + | Email/Text: webadmin@vhllc.co | Aug 10 2022 18:41:00 | VANCE & HUFFMAN, 55 MONETTE PKWY STE 100, SMITHFIELD, VA 23430-2577 |
| 5386088 | + | Email/Text: ebankruptcy@woodforest.com | Aug 10 2022 18:41:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chandra Marie Arkema | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. carkema@squirelaw.com tuhawkeye@msn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Jorge L. Vargas Jr. rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | |

on behalf of Debtor 1 Jorge L. Vargas Jr.
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jorge L. Vargas Jr., <br> aka Jorge Vargas Jr., aka Jorge Luis Vargas Jr., aka Jorge Vargas, aka Jorge Luis Vargas, aka Jorge L. Vargas, <br> **Debtor 1** | Chapter 13 <br><br> Case No. 5:20−bk−03343−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: August 10, 2022

ordsmiss (05/18)